VINSON & ELKINS LLP
Mortimer H. Hartwell, Bar No. 154556
mhartwell@velaw.com
525 Market Street, Suite 2750
San Francisco, CA 94105-2763
Tel:  +1.415.979.6900
Fax:  +1.415.651.8786

MORGAN, LEWIS & BOCKIUS LLP
Howard Holderness, Bar No. 169814
hholderness@morganlewis.com
Jeremy N. Lateiner, Bar No. 238472
jlateiner@morganlewis.com
Lyndsey C. Heaton, Bar No. 262883
lheaton@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:  +1.415.442.1000
Fax:  +1.415.442.1001

Attorneys for Defendant
AliphCom dba Jawbone

BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
apersinger@bursor.com
jluster@bursor.com

Attorneys for Plaintiff
Robert Frenzel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FRENZEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIPHCOM d/b/a JAWBONE,<br><br>Defendant. | Case No. 3:14-cv-03587 WHO<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT ALIPHCOM DBA JAWBONE'S MOTION TO DISMISS COMPLAINT AND MODIFYING BRIEFING SCHEDULE**<br><br>Date:         December 10, 2014<br>Time:        2:00 p.m.<br>Judge:      Hon. William H. Orrick<br>Dept.:       Courtroom 2, 17th Floor<br><br>Date of Filing:        August 7, 2014 |

Pursuant to Civil Local Rule 6-1, plaintiff Robert Frenzel ("Plaintiff") and defendant AliphCom dba Jawbone ("Defendant," and jointly with Plaintiff, the "Parties"), through their respective counsel of record herein, hereby agree and stipulate to the following:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP & PROPOSED ORDER RE:
CONTINUING HEARING & MODIFYING
BRIEFING SCHEDULE  3:14-CV-03587
WHO

**STIPULATION**

WHEREAS, on or about August 7, 2014, Plaintiff filed the complaint in the above-captioned action (the "Complaint");

WHEREAS, after Defendant indicated its intent to file a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12 in response to the Complaint, the Parties submitted a stipulation and proposed order on September 11, 2014, requesting an extended briefing schedule;

WHEREAS, on September 12, 2014, the Court issued an Order setting the hearing on Defendant's Motion to Dismiss for December 10, 2014, at 2:00 p.m., and requiring the motion to be filed by September 29, 2014, the opposition to be filed by November 3, 2014, and the reply, if any, to be filed by November 21, 2014;

WHEREAS, Defendant filed its Motion to Dismiss on September 29, 2014;

WHEREAS, Defendant's counsel is no longer available for the hearing on December 10, 2014, due to the scheduling of depositions in another matter that cannot reasonably be moved, and therefore the Parties have met and conferred on a mutually agreeable continuance of the hearing and corresponding adjustment to the briefing schedule;

NOW, THEREFORE, the Parties hereby stipulate and jointly move the Court for the following continuance of the hearing on Defendant's Motion to Dismiss and adjustment to the briefing schedule:

1. Plaintiff shall file and serve his opposition papers by November 10, 2014;
2. Defendant shall file and serve its reply papers, if any, by November 25, 2014; and
3. The hearing shall be continued to December 17, 2014 at 2:00 p.m.

Dated: October 28, 2014            BURSOR & FISHER, P.A.

                                   By _____/s/ L. Timothy Fisher_____
                                          L. TIMOTHY FISHER

                                   Attorneys for Plaintiff, Robert Frenzel

1

2 Dated: October 28, 2014               VINSON & ELKINS LLP

3                                       By _____/s/ *Mortimer H. Hartwell*_____
                                             MORTIMER H. HARTWELL
4
                                        Attorneys for Defendant, AliphCom dba Jawbone
5

6

7

8                           **FILER'S ATTESTATION**

9        I, Mortimer H. Hartwell, am the ECF user whose identification and password are being

10  used to file this Stipulation and [Proposed] Order Continuing Hearing on Defendant AliphCom

11  dba Jawbone's Motion to Dismiss Complaint and Modifying Briefing Schedule.  Pursuant to L.R.

12  5-1(i)(3), I hereby attest that concurrence in the electronic filing of this document has been

13  obtained from each of the other signatories.

14

15  Dated: October 28, 2014               By _____/s/ *Mortimer H. Hartwell*_____
                                               Mortimer H. Hartwell
16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP & PROPOSED ORDER RE:
CONTINUING HEARING & MODIFYING
BRIEFING SCHEDULE 3:14-CV-03587
WHO

## **ORDER**

Pursuant to the Stipulation between the Parties, it is hereby ORDERED that Plaintiff's opposition to Defendant AliphCom dba Jawbone's Motion to Dismiss shall be filed no later than November 10, 2014; and the reply, if any, shall be filed no later than November 25, 2014. This matter will be heard on **December 17, 2014** on the law and motion calendar at 2:00 p.m. in Courtroom 2.

**IT IS SO ORDERED.**

Dated: October 30, 2014

_____
Hon. William H. Orrick

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP & PROPOSED ORDER RE:
CONTINUING HEARING & MODIFYING
BRIEFING SCHEDULE 3:14-CV-03587
WHO