VINSON & ELKINS LLP
Mortimer H. Hartwell, Bar No. 154556
mhartwell@velaw.com
Colin P. McDonell, Bar No. 289099
cmcdonell@velaw.com
525 Market Street, Suite 2750
San Francisco, CA 94105-2763
Tel:   +1.415.979.6900
Fax:   +1.415.651.8786

Attorneys for Defendant
AliphCom dba Jawbone

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FRENZEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALIPHCOM d/b/a JAWBONE,<br><br>Defendant. | Case No. 3:14-cv-03587<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT ALIPHCOM DBA JAWBONE'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND MODIFYING BRIEFING SCHEDULE**<br><br>Judge:   Hon. William H. Orrick<br>Dept.:    Courtroom 2, 17th Floor |

Pursuant to Civil Local Rule 6-2, plaintiff Robert Frenzel ("Plaintiff") and defendant AliphCom dba Jawbone ("Defendant," and jointly with Plaintiff, the "Parties"), through their respective counsel of record herein, hereby agree and stipulate to the following:

**STIPULATION**

WHEREAS, the Parties previously stipulated to Defendant filing its Motion to Dismiss the First Amended Complaint ("FAC") by March 16, 2015, Plaintiff serving its opposition papers by April 17, 2015, and Defendant filing its reply papers, if any, by May 1, 2015;

WHEREAS, pursuant to the stipulation between the Parties, the Court ordered that Defendant file its Motion to Dismiss the FAC by March 16, 2015, Plaintiff serve its opposition papers by April 17, 2015, and Defendant file its reply papers, if any, by May 1, 2015;

WHEREAS, Defendant filed its Motion to Dismiss the FAC and noticed the Motion for a hearing on May 20, 2015;

WHEREAS, counsel has since learned that the Court is unavailable for a hearing on May 20, 2015;

WHEREAS, the Parties have met and conferred to establish a mutually agreeable hearing date and modified briefing schedule for Defendant's Motion to Dismiss;

NOW, THEREFORE, the Parties hereby stipulate and jointly move the Court for the following hearing date and briefing schedule:

1. Plaintiff shall file and serve its opposition papers by April 24, 2015; and
2. Defendant shall file and serve its reply papers, if any, by May 8, 2015.
3. The hearing shall be continued to May 27, 2015.

Dated: April 9, 2015                    VINSON & ELKINS LLP

                                        By:  /s/
                                             MORTIMER H. HARTWELL
                                             Attorneys for Defendant, AliphCom dba Jawbone

Dated: April 9, 2015                    BURSOR & FISHER, P.A.

                                        By:  /s/
                                             JULIA A. LUSTER
                                             Attorneys for Plaintiff, Robert Frenzel

## DECLARATION OF COLIN MCDONELL

I, Colin McDonell, hereby declare as follows:

1. I am an associate with the law firm of Vinson & Elkins LLP, attorneys of record for defendant Aliphcom dba Jawbone ("Jawbone") in this action.

2. I am licensed to practice law before the courts of the State of California and before this Court.

3. I make this declaration in support of the Parties' Stipulation Continuing Hearing on Defendant's Motion to Dismiss the FAC and Modifying Briefing Schedule.

4. I have personal knowledge of the matters set forth herein and, if called as a witness to testify as to such matters, I could and would testify competently thereto.

5. The Parties previously stipulated to Defendant filing its Motion to Dismiss the First Amended Complaint ("FAC") by March 16, 2015, Plaintiff serving its opposition papers by April 17, 2015, and Defendant filing its reply papers, if any, by May 1, 2015. The Court ordered this briefing schedule pursuant to the stipulation of the Parties. Defendant then filed its Motion to Dismiss the FAC and noticed the Motion for a hearing on May 20, 2015.

6. I since learned, through the Court's website and by speaking with the courtroom deputy, that the Court is not available to hear the Motion on May 20 and that the hearing must be continued.

7. The Parties conferred and agreed that continuing the hearing to May 27 would be mutually convenient, as would continuing the deadline for opposition papers to April 24 and the deadline for any reply papers to May 8.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 9th day of April, 2015, in San Francisco, California.

        /s/  
COLIN MCDONELL

**FILER'S ATTESTATION**

I, Mortimer H. Hartwell, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Continuing Hearing on Defendant AliphCom dba Jawbone's Motion to Dismiss FAC. Pursuant to L.R. 5-1(i)(3), I hereby attest that concurrence in the electronic filing of this document has been obtained from each of the other signatories.

VINSON & ELKINS LLP

By: /s/
MORTIMER H. HARTWELL

**ORDER**

Pursuant to the Stipulation between the Parties, it is hereby ORDERED that the hearing on AliphCom dba Jawbone's Motion to Dismiss the First Amended Complaint shall be continued to May 27, 2015; that the opposition to the motion shall be filed no later than April 24, 2015; and the reply, if any, shall be filed no later than May 8, 2015.

**IT IS SO ORDERED.**

Dated:  April 13, 2015



Hon. William H. Orrick

5

STIPULATION & ORDER CONTINUING HEARING DATE     Case No.: 3:14-cv-03587