1  VINSON & ELKINS LLP
   Mortimer H. Hartwell, Bar No. 154556
2  mhartwell@velaw.com
   Colin P. McDonell, Bar No. 289099
3  cmcdonell@velaw.com
   525 Market Street, Suite 2750
4  San Francisco, CA 94105-2763
   Telephone: +1.415.979.6930
5  Facsimile: +1.415.651.8786

6
   Attorneys for Defendant
7  AliphCom dba Jawbone

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11 | ROBERT FRENZEL, individually and on behalf of all others similarly situated, | Case No. 3:14-cv-03587 (WHO) |
12 | | **DEFENDANT'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; ORDER** |
13 | Plaintiff, | |
14 | vs. | |
15 | ALIPHCOM d/b/a JAWBONE, | Judge:  Hon. William H. Orrick |
16 | Defendant. | Dept.:  Courtroom 2, 17th Floor |

17

18

19      PLEASE TAKE NOTICE that Defendant AliphCom dba Jawbone ("Jawbone") hereby

20 substitutes Colin P. McDonell of the law firm Vinson & Elkins LLP as counsel for Jawbone in the

21 above-referenced matter in place of Jeremy N. Lateiner of the law firm Morgan, Lewis & Bockius

22 LLP, One Market Street, Spear Street Tower, San Francisco, CA 94105, and Howard Holderness of

23 the law firm Greenberg Traurig LLP, 4 Embarcadero Center, Suite 3000, San Francisco, CA 94111.

24 Mortimer H. Hartwell of the law firm Vinson & Elkins LLP will remain as counsel for Jawbone.

25      Pursuant to such substitution, Jawbone requests that all notices, filings and other documents

26 in this action be served on the following counsel:

27

28

---

Defendant's notice of withdrawal and substitution of counsel; order       Case No. 3:14-cv-03587 (WHO)

Vinson & Elkins LLP
Mortimer H. Hartwell
525 Market Street, Suite 2750
San Francisco, CA 94105-2763
Telephone: +1.415.979.6930
Facsimile: +1.415.651.8786
Email: mhartwell@velaw.com

Vinson & Elkins LLP
Colin P. McDonell
525 Market Street, Suite 2750
San Francisco, CA 94105-2763
Telephone: +1.415.979.6950
Facsimile: **+1.**415.651.8786
cmcdonell@velaw.com

    The undersigned parties consent to the above substitution of counsel.

Dated: August 4, 2015                    ALIPHCOM DBA JAWBONE

                                          By:    */s/ Samuel Fleischmann*
                                                     SAMUEL FLEISCHMANN

Dated: August 4, 2015                    MORGAN LEWIS & BOCKIUS LLP

                                          By:    */s/ Jeremy N. Lateiner*
                                                     JEREMY N. LATEINER

Dated: August 4, 2015                    GREENBERG TRAURIG LLP

                                          By:    */s/ Howard Holderness*
                                                     HOWARD HOLDERNESS

Dated: August 4, 2015                    VINSON & ELKINS LLP

                                          By:    */s/ Mortimer H. Hartwell*
                                                     MORTIMER H. HARTWELL

Dated: August 4, 2015                    VINSON & ELKINS LLP

                                          By:    */s/ Colin P. McDonell*
                                                     COLIN P. MCDONELL

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED that the above substitution of

3  counsel is approved.

4

5  Dated: August 4, 2015



Hon. William H. Orrick