UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT FRENZEL,

    Plaintiff,

  v.

ALIPHCOM,

    Defendant.

Case No. 14-cv-03587-WHO

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

A Case Management Conference is set for January 12, 2016 at 2 p.m. The parties shall file a Joint Case Management Conference Statement by January 6, 2016 that includes a proposed trial and pre-trial schedule.

**IT IS SO ORDERED**.

Dated: December 23, 2015



WILLIAM H. ORRICK
United States District Judge