UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT FRENZEL,

           Plaintiff,

    v.

ALIPHCOM,

           Defendant.

Case No. 14-cv-03587-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 47

      Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: June 6, 2016

_____

WILLIAM H. ORRICK
United States District Judge